UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

2005 JUN 10 PM 4:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN. MEMPHIS

U.S.A. vs. THOMAS P. KIRACOFE         Docket Nos.   2:97CR20283-001
                                                    2:97CR20275-001

Petition on Probation and Supervised Release

COMES NOW __NICOLE D. PETERSON__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Thomas P. Kiracofe_ who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis, TN_, on the _18th_ day of _November_, 1998, who fixed the period of supervision at _three (3) years_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)  The defendant shall submit to drug screens, a drug program, and mental health treatment as directed by the Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Due to lack of family support and financial hardship, Mr. Kiracofe does not have a viable residence. He has indicated his willingness to seek the assistance of the halfway house staff in securing employment and stable residence by his signature on the Probation Form 49 (Waiver of Hearing to Modify the Conditions of Supervised Release).

**PRAYING THAT THE COURT WILL ORDER** that the conditions of Mr. Kiracofe's Supervised Release be modified to include up to one hundred twenty (120) days placement in a halfway house.

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this _10th_ day of _June_, 2005, and ordered filed and made a part of the records in the above case. | _[signature]_ |
| _[signature]_ | NICOLE D. PETERSON |
| United States District Judge | United States Probation Officer |
| | Place: _Memphis, Tennessee_ |
| | Date: _June 9, 2005_ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-13-05_

58

## United States District Court

WESTERN District TENNESSEE

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall serve up 120 days community confinement.

Witness: *[signature]*
NICOLE D. PETERSON
U. S. Probation Officer

Witness: *[signature]*
JOHNETTA NORMAN, Supervising
U. S. Probation Officer

Signed: *[signature]*
THOMAS P. KIRACOFE
Probationer/Supervised Releasee

6-10-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:97-CR-20275 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT